BTXN 177 (rev. 10/05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Jerry Bradford Cook                             §   Case No.:   07–10447–rlj13
Tiffany Hodgin Cook                             §   Chapter No.:   13
                          Debtor(s)             §

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☑ Debtor has not filed required certification and motion for entry of Chapter 13 Discharge

DATED:  12/4/12                    FOR THE COURT:
                                   Tawana C. Marshall, Clerk of Court

                                   by: /s/Mark Maldino, Deputy Clerk